UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CATHERINE CASALE,

       Plaintiff,

  -against-                              Docket No. 05 CIV. 7515 (SR)

STEINFINK AND NAPOLEON
AND DEBENNATTO,

       Defendant.
-----------------------------------------------------------X

## STIPULATION DISMISSING FEDERAL CLAIMS WITH PREJUDICE
## AND STATE CLAIMS WITHOUT PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED TO by and between counsel for the parties in the above captioned action as follows:

1. The First Cause of Action of Plaintiff's Complaint which seeks relief pursuant to Title VII of the Civil Rights Act of 1964 is hereby dismissed with prejudice; and

2. Plaintiff's Pendant State Claim(s) which seeks relief pursuant to the New York State Human Rights Law (NYS Executive Law §296) is hereby dismissed without prejudice to re-file the claim(s) in State Court; and

3. The action is dismissed in its entirety as set forth above, each party to bear its own costs and expenses.

*Case Closed*

Dated: New York, New York
December 28, 2005

Goodstein & West
By: _____
Attorneys for Plaintiff
56 Harrison Street, Suite 401
New Rochelle, New York 10801
(914) 632-8382

Laurence J. Lebowitz & Associates
By: _____
Attorneys for Defendant
485 Madison Avenue-15th Floor
New York, New York 10022
(212) 935-6020 ext. 238

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

SO ORDERED
_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
1/4/06